UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

|  |  |  |
|---|---|---|
| RAVEN JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:12CV00136 CAS |
| | ) | |
| GREGORY SAMUEL FOSTER, | ) | |
| | ) | |
| Defendant. | ) | |

## CLERK'S ENTRY OF DEFAULT

This matter is before the clerk of court on Plaintiff's Motion for Entry of Clerk's Default against Defendant Gregory Samuel Foster [Doc. # 9] pursuant to F.R.Civ.P. 55(a). The record reflects service of summons and the complaint upon Defendant on February 29, 2012.  Defendant has failed to file an answer or other responsive pleading within the time required by F.R.Civ.P. 12.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Clerk's Default against Defendant Gregory Samuel Foster [Doc. # 9] is **GRANTED**, and the default of this defendant is hereby entered.

_James G. Woodward_
_____
JAMES G. WOODWARD
CLERK OF COURT

Dated this 30th day of August, 2012.